UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2001 DEC 11  P 3:37

BY DEPUTY CLERK

| | |
|---|---|
| THELMA M. GUERIN, et. Al. | CIVIL ACTION NO. 01-627-B-M1 |
| VERSUS | JUDGE : POLOZOLA |
| POINTE COUPEE PARISH NURSING HOME, et. Al. | MAGISTRATE : JUDGE REID LINGER |

### MOTION FOR LEAVE OF COURT TO FILE RESPONSE TO MONA CHURTZ AND JACKIE MONGEOT'S MOTION TO DISMISS CLAIM

NOW INTO COURT through undersigned counsel comes Plaintiffs, who with respect represent.

1.

That defendants have filed a motion to dismiss claim.

2.

That Plaintiffs desire leave of Court to file a response to the motion to dismiss claims.

FJP

WHEREFORE, plaintiff prays for leave to file a response to motion to dismiss claims.

Respectfully Submitted By:

*[signature]*

JAMES C. FERGUSON (Bar No. 5519)
ATTORNEY AT LAW
343 THIRD STREET SUITE 410
BATON ROUGE LOUISIANA 70801
TELEPHONE: (225) 346-8608
FAX: (225) 383-1276

### CERTIFICATE OF SERVICE

I hereby certify that copy of the foregoing has been mailed postage prepaid to:

ROBERT J. DAVID, JR.
P.O. BOX 3507
LAFAYETTE, LOUISIANA 70502-3507

This 11th day of December, 2001.

*[signature]*
JAMES C. FERGUSON