FILED
U.S. DIST COURT
MIDDLE DIST. OF LA
2002 AUG 27 P 4:19

SIGN _____ deb _____
BY DEPUTY CLERK

# UNITED STATES
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THELMA M. GUERIN, | * | CIVIL ACTION |
| AND GERALDINE SIMMONS | * | NO. 01-627-B-M1 |
| VERSUS | * | |
| POINTE COUPEE PARISH | * | |
| NURSING HOME POINTE | * | |
| COUPEE PARISH POLICE | * | |
| JURY, MAGNOLIA | * | |
| MANAGEMENT, MONA | * | |
| CHUTZ AND JACKIE | * | |
| MOUGEOT | * | |

*******************************************************************

## MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION
## TO MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT through undersigned Counsel corner the plaintiffs, who respectfully represent:

1.

That they desire an extension of time in order to file an opposition to defendants' Motion for Summary Judgment for the following reasons to wit:

A) Plaintiff's just received Defendant's response to their



Discovery on

| DATE | DOCKET# |
|---|---|
| 8/25 | 57 |



FJP

August 23, 2002;

B) Brief in the matter of Tom Mays v. Avondale Industries, Inc., OWCP No. 7-122166; Case No. 2002-LHC-914;

C) Reply to Opposition in the matter of Newman Snell, Jr., vs. Metropolitan Life Insurance, et.al.; U.S. Middle District Court; CA.No. 01-615 "C" (1);

D) Position Paper in Jessie Butler, et.al. v. Meritech Mortgage Services, Inc., et.al.; U.S. Middle District Court; CA. No. 01-259-D-M;

E) Pretrials in the following:

  a) Louise Fahd vs. Under Writers Insurance Co., Benjamin Oliver, Joseph Broussard, and Oliver Trucking Company; 16th Judicial District Court Docket No. 63835-B; Parish of St. Martin;

  b) Pretrial-Keldra Price vs. City of Baton Rouge, et.al; District Court, MD, CA No 01ev516 (D) ();

  c) Pretrial- Blanche Baylock v. Planet Wireless; CA 1CV160, U.S. MD;

  d) and numerous State Court cases trials and depositions.

2.

That Plaintiffs desire until September 30, 2002 to file an Opposition to defendants' Motion for Summary Judgment.

WHEREFORE, Plaintiffs pray that they be given until September 30, 2002 in order to file an Opposition to defendants' Motion for Summary Judgment.

Respectfully Submitted by:

*James C. Ferguson*
JAMES C. FERGUSON, ESQUIRE
THE ROUMAIN BUILDING
343 THIRD STREET, SUITE 410
BATON ROUGE, LOUISIANA 70801
TELEPHONE : 225-346-8608
FAX: 225-346-5083

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been mailed to Robert J. David, Jr. Esquire, P.O. Box 3507, Lafayette, Louisiana 70502-3507, postage prepaid this 27 day of August, 2002.

*James C. Ferguson*
JAMES C. FERGUSON, ESQUIRE